IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN TROY WOLTZ,<br>    Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 24-CV-4529 |
| SUSAN GOOD, *et al.*,<br>    Defendants. | : : | |

| | | |
|---|---|---|
| BRIAN TROY WOLTZ,<br>    Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 24-CV-4532 |
| SUSAN GOOD, *et al.*,<br>    Defendants. | : : | |

## ORDER

AND NOW, this 4th day of September, 2024, upon consideration of Plaintiff Brian Troy Woltz's Motion to Proceed *In Forma Pauperis* (Civ. No. 24-4529, ECF No. 1; Civ. No. 24-4532, ECF No. 2), *pro se* Petitions for Writ of Mandamus (Civ. No. 24-4529, ECF No. 2; Civ. No. 24-4532, ECF No. 1), and Letter (Civ. No. 24-4529, ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Petitions are **DEEMED** filed.

3. The Petitions are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

4. To the extent the Letter seeks to remove to this Court *Good v. Woltz*, No. 2024-02434 (C.P. Bucks), the case is **REMANDED** to the Court of Common Pleas of Bucks County pursuant to 28 U.S.C. § 1447(c).

5. The Clerk of Court is **DIRECTED** to **CLOSE** these cases.

BY THE COURT:

_____
**KAI N. SCOTT, J.**